UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                               :
:
:
:
         -v-                                            :         15 Cr. 95 (JPC)
:
:                  ORDER
:
WILLIAM REID,                                           :
:
                    Defendant.                          :
:
---------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record during the April 7, 2022 hearing on Defendant William Reid's violation of supervised release, it is hereby ORDERED that the conditions of Defendant Reid's release are modified to include:

- Electronic monitoring with home detention, with the electronic monitoring to be in place no later than April 15, 2022; and

- Travel to the District of Connecticut permitted only for the purpose of attending court proceedings.

SO ORDERED.

Dated: April 7, 2022
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge